MICHAEL MATHEWS et al., appellants,

*v.*

JOHN M. KELLY et al., executors, &c., respondents.

[Argued November 27th, 1905.    Decided June 18th, 1906.]

Twenty years after the final account of a guardian of a deceased lunatic has been allowed by the orphans court it will be presumed that the balance in the hands of the guardian has been distributed among those entitled to it.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bergen, who, at the close of the argument, delivered the following opinion:

I will dispose of this matter now. This account, which was duly filed and on the 14th day of March, 1883, approved by the orphans court, ascertained that there came to the hands of Lawrence Mathews, as the guardian of his deceased father, a lunatic, $1,665.22, more than twenty years before the bill was filed in the cause. It seems to me, in view of this circumstance, that this court would not be justified in holding that the money thus received has not been properly accounted for. A mortgage that has not had a payment made on it for twenty years is presumed to be paid, in equity as well as at law, and, so far as it appears, the guardian lived in this state until 1903, twenty years after

his account was presented and passed, during which time none of the parties now claiming this fund made any demand against him for it. If they did, the presumption is, until overcome by evidence to the contrary, that they were paid. I cannot see that there is any reason for holding this bill, and will therefore advise its dismissal.

*Mr. Norman Grey,* for the appellants.

*Mr. Horace F. Nixon,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Bergen.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—FORT—1.